Kevin V. DeSantis, Esq. (SBN 137963)
Zachariah H. Rowland, Esq. (SBN 251009)
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, California 92101
(619) 573-4488 / Facsimile (619) 255-4868

Attorneys for Plaintiff
BROADBAND TECHNOLOGY AB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADBAND TECHNOLOGY AB.<br><br>    Plaintiff,<br><br>vs.<br><br>MINDSPEED TECHNOLOGIES, INC., and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. 8:18-cv-00902-SVW-RAO<br><br>**PROOF OF SERVICE** |

I declare as follows: I, Alexandria Hopson, am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of Dunn DeSantis Walt & Kendrick, LLP, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 750 B Street, Suite 2620, San Diego, CA 92101.

On June 20, 2018, I caused the following documents:

    **1. NOTICE OF DISMISSAL PURUSANT RULE 41(a) or (c) FRCP**

to be served via:

1

NOTICE OF INTERESTED PARTIES

☒ **USDC Live System-Document Filing System:** By electronic notice to all interested parties registered with the Court to receive electronic notification.

☐ **U.S. Mail:** By placing such a copy enclosed in a sealed envelope, postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at Dunn DeSantis Walt & Kendrick.

☐ **FedEx:** By consigning such a copy to an overnight courier for guaranteed next day delivery.

☒ **Electronic Mail:** By transmitting it electronically to the e-mail addresses set forth below per the service agreement by the parties:

| Andrew P. Holland, Esq.<br>Mark V. Boenninghausen, Esq.<br>THOITS LAW<br>A Professional Corporation<br>400 Main Street, Suite 250<br>Los Altos, CA 94022<br>Tele: (650) 327-4200<br>Fax: (650) 325-5572 | **Attorney for Plaintiff**<br>**MINDSPEED TECHNOLOGIES, INC.**<br><br>aholland@thoits.com<br>mboennighausen@thoits.com<br>khourmand@thoits.com<br>mhsueh@thoits.com<br>khoopes@thoits.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 20, 2018 at San Diego, California.

                                        /s/Alexandria Hopson
                                        Alexandria Hopson